UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:95-cr-181-T-23MAP

JEFFREY JONATHAN CANTU
                                                                    /

## **ORDER DIRECTING THE FILING OF CORRESPONDENCE**

The document described below was received on June 13, 2005.

**Undated correspondence by Jeffrey Cantu**

The Clerk is instructed to file the correspondence in the court file and forward copies to the United States Attorney's Office, counsel for the defendant, and the probation office.[*]

**The Clerk shall also send a copy of this order to the defendant.**

The defendant seeks a revision of the presentence report "so the B.O.P. can see that the firearms were not used or accessible in the crime." At the October 25, 1996, sentencing hearing, the court sustained the defendant's objection to the presentence report with regard to a weapons enhancement for the reason that no weapon was employed in, used to further, or possessed or available during the offense of conviction. Page 63 of the sentencing transcript (Doc. 56), states:

---

[*] Local Rule 3.01(f) provides that: (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer).

>   Then you would have no objection to my granting it, then, to the extent that it might affect as a result his housing options? . . .  All right.  The objection is sustained.

The ruling is reflected in the minutes (Doc. 50) and the statement of reasons attached to the Judgment (Doc. 52).

ORDERED in Tampa, Florida, on June 22, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE